IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00134-PAB

SPRING CREEK EXPLORATION & PRODUCTION COMPANY, LLC,

    Plaintiff,

v.

HESS BAKKEN INVESTMENT II, LLC, f/k/a TRZ ENERGY LLC,
STATOIL OIL & GAS LP, f/k/a BRIGHAM OIL & GAS LP, and
STATOIL US HOLDINGS, INC.,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the Stipulated Motion Regarding Statoil Oil & Gas, LP's and Statoil US Holdings, Inc.'s Motion to Dismiss–Withdrawing Portions of the Motion and Dismissing Defendant Statoil US Holdings Inc. [Docket No. 30]. The Court has reviewed the pleading and is fully advised in the premises. Wherefore, it is

**ORDERED** that the Stipulated Motion Regarding Statoil Oil & Gas, LP's and Statoil US Holdings, Inc.'s Motion to Dismiss–Withdrawing Portions of the Motion and Dismissing Defendant Statoil US Holdings Inc. [Docket No. 30] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant Statoil US Holdings, Inc. are DISMISSED without prejudice. It is further

**ORDERED** that Defendants Statoil Oil & Gas LP and Statoil US Holdings Inc.'s

Motion to Dismiss Pursuant to FRCP 12(b)(1), 12(b)(2) and 12(b)(6) [Docket No. 7] is DENIED as moot with respect to the arguments advanced by defendant Statoil US Holdings, Inc.  The motion is withdrawn with respect to defendant Statoil Oil & Gas LP's arguments pursuant to Fed. R. Civ. P. 12(b)(2).  The motion is still pending with respect to defendant Statoil Oil & Gas LP's arguments pursuant to Fed. R. Civ. P. 12(b)(6).  It is further

**ORDERED** that each party shall bear its own costs and attorney's fees with respect to the matters decided herein.

DATED March 6, 2014.

BY THE COURT:

  /sPhilip A. Brimmer
PHILIP A. BRIMMER
United States District Judge