IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00134–PAB–KMT

SPRING CREEK EXPLORATION & PRODUCTION COMPANY, LLC,

    Plaintiff,

v.

HESS BAKKEN INVESTMENT II, LLC, F/K/A TRZ ENERGY LLC, and
STATOIL OIL & GAS, LP, F/K/A BRIGHAM OIL & GAS, LP,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Gold Coast Energy LLC's Renewed Unopposed Motion to Intervene as an Additional Plaintiff" (Doc. No. 77, filed Apr. 21, 2015) is GRANTED pursuant to Federal Rule of Civil Procedure 24(b). Because Gold Coast's claims are identical to those of existing Plaintiff Spring Creek Exploration & Production Company, LLC, the court find that Gold Coast has a "claim or defense that share with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1)(B). Further, although the court extends certain Scheduling Order deadlines below, the court finds that Gold Coast's intervention will not "unduly delay or prejudice the adjudication of the original parties' rights." Fed. R. Civ. P. 24(b)(3). The Clerk of Court is directed to file the Amended Complaint and Jury Demand attached to Gold Coast's Motion. (Doc. No. 77-1.) Defendant shall answer or otherwise respond to the Amended Complaint no later than May 12, 2015.

It is further ORDERED, that the Scheduling Order is amended as follows:

| | |
|---|---|
| Deadline for Plaintiffs' limited supplemental damages report: | May 28, 2015 |
| Deadline for Defendants' affirmative and rebuttal expert reports: | July 15, 2015 |
| Deadline for Plaintiffs' expert rebuttal reports: | August 27, 2015 |
| Discovery Cutoff: | September 10, 2015 |

| | |
|---|---|
| Dispositive Motions Deadline: | October 8, 2015 |
| Deadline to file proposed Final Pretrial Order: | November 30, 2015 |
| Telephonic Final Pretrial Conference: | December 7, 2015 at 9:30 AM |

Dated: April 28, 2015