IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00134-PAB-KMT | Date: | September 15, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                           *Counsel:*

SPRING CREEK EXPLORATION & PRODUCTION          Tamir Goldstein
COMPANY, LLC,

    Plaintiff,

v.

HESS BAKKEN INVESTMENT II, LLC, F/K/A TRZ          Robert Safi
ENERGY LLC, and                                                    Elizabeth Hyatt
                                                                                  Ashley McMillian
STATOIL OIL & GAS, LP, F/K/A BRIGHAM OIL &          Alex Gomez
GAS, LP,

    Defendants.

# COURTROOM MINUTES

**MOTION HEARING**

**1:29 p.m.**      **Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding supplemental damages report, type curve and well formations, relevancy of the supplemented report on future projected losses, and damages theory.

**ORDERED: Defendants' Motion to Strike the "Supplemental" Expert Report of Rick Chamberlain and Adrian Reed [123] is GRANTED, for reasons stated on record.**

Court answers questions by Mr. Goldstein and advises of ten days to appeal the decision to the District Court.

**3:42 p.m.      Court in recess.**
**3:52 p.m.      Court in session**.

Discussion and argument regarding title opinions, method for calculation of ORRI disbursement decimals, and information with respect to Plaintiff's damages.

**ORDERED:** **Plaintiff shall provide a Notice of Deposition regarding the deposition of Ms. Keller, as discussed. The Keller deposition is limited to four hours of testimonial time and shall be completed on or before October 15, 2015.**

**ORDERED:** **Plaintiff shall provide documentation with respect to damages for past ORRI on the existing leases as calculated by Plaintiff to Defendants on or before October 15, 2015. Defendants shall complete the Rule 30 (b)(6) deposition of Plaintiff on or before November 16, 2015, as discussed.**

The remaining issues in Plaintiffs' Motion to Compel [141] and Defendant Statoil Oil & Gas LP's Motion for Protective Order [137] will remain pending.

The Court has reviewed a title opinion tendered during the hearing and has returned it to counsel for Statoil.

**ORDERED:** **The discovery cut off and dispositive motions deadlines are VACATED and will be reset after a further Scheduling Conference has been held.**

**ORDERED:** **A Scheduling/Motion Hearing is set for October 2, 2015 at 8:30 a.m. before Magistrate Judge Kathleen M. Tafoya in Courtroom C201 regarding Plaintiffs' Motion to Compel [141] and Defendant Statoil Oil & Gas LP's Motion for Protective Order [137].**

**5:15 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time     03:36

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.