IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00134-PAB-KMT | Date: | October 2, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                             *Counsel:*

SPRING CREEK EXPLORATION & PRODUCTION           Tamir Goldstein
COMPANY, LLC,

   Plaintiff,

v.

HESS BAKKEN INVESTMENT II, LLC, F/K/A TRZ        Robert Safi
ENERGY LLC, and                                                      Elizabeth Hyatt
STATOIL OIL & GAS, LP, F/K/A BRIGHAM OIL &       Alex Gomez
GAS, LP,                                                                      Craig Stahl

   Defendants.

## COURTROOM MINUTES

**SCHEDULING/MOTION HEARING**

**8:32 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Court has reviewed the transcript of the Motion Hearing from September 15, 2015 and the parties agree that no other issues need to resolved with respect to Defendant Statoil Oil & Gas LP's Motion for Protective Order [137].

**ORDERED:  Defendant Statoil Oil & Gas LP's Motion for Protective Order [137] is GRANTED IN PART AND DENIED IN PART, consistent with the ruling from September 15, 2015.**

Discussion regarding issues with discovery. Mr. Safi and Mr. Goldstein both state their respective positions with discovery issues.

Discussion and argument regarding valuation, leasing and drilling schedules, overriding royalty interest, and leasing time period for relevant information.

Mr. Gomez tenders confidential documents to the Court for review.

**ORDERED:** **The confidential document tendered to the Court shall be filed under Restriction Level 1.**

**ORDERED:** **Plaintiffs' Motion to Compel [141] is GRANTED IN PART AND DENIED IN PART. Defendant Statoil shall produce documents to Plaintiff, as discussed, limited to January 1, 2010 through October 2012 with respect to the Tomahawk Prospect, on or before November 2, 2015.**

| | |
|---|---|
| 10:22 a.m. | Court in recess. |
| 10:36 a.m. | Court in session. |

Discussion and argument regarding the scope of the Rule 30(b)(6) deposition of Plaintiff, deposition topics, and the deposition of Karen Keller.

Mr. Safi tenders documents to the Court regarding the Rule 30(b)(6) deposition topics, Exhibit 185 from the McPherson deposition, Mr. McPherson's deposition transcript, and emails with respect to discovery requests.

Defendant Statoil's oral motion to withdraw its Motion for Summary Judgment [99] by Mr. Gomez.

**ORDERED:** **Defendant Statoil's oral motion to withdraw its Motion for Summary Judgment [99] is GRANTED. The motion is WITHDRAWN without prejudice due to scheduling considerations, not merit.**

**ORDERED:** **The parties shall complete all Rule 30(b)(6) depositions and file any discovery motions on or before December 15, 2015.**

**ORDERED:** **Dispositive motions and Rule 702 motions are due on or before February 2, 2016.**

**ORDERED:** **The discovery cut off for rebuttal experts of October 25, 2015 is VACATED. Whether further depositions of experts on rebuttal reports will be allowed will be addressed by separate motion.**

**ORDERED:** **The Telephonic Final Pretrial Conference is VACATED and RESET for April 5, 2016 at 9:45 a.m.  The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

Discussion regarding designating portions of a deposition as AEO.

**12:12 p.m.** **Court in recess.**

Hearing concluded.
Total in-court time:   03:26

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.