IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00134-PAB-KMT | Date: | February 19, 2016 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                           *Counsel:*

SPRING CREEK EXPLORATION & PRODUCTION                Tamir Goldstein
COMPANY, LLC,                                                        Joseph Daniels

   Plaintiff,

v.

HESS BAKKEN INVESTMENT II, LLC, F/K/A TRZ          Robert Safi
ENERGY LLC, and                                                      Elizabeth Hyatt
                                                                     Ashley McMillan
STATOIL OIL & GAS, LP, F/K/A BRIGHAM OIL &          Michelle Scheffler
GAS, LP,

   Defendants.

---

## COURTROOM MINUTES

**MOTION HEARING**

**8:02 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED:** Hess Bakken Investments, LLC's Motion to Compel Rule 30(b)(6) Deposition Against Gold Coast as to Select Topics [214] is GRANTED. Hess Bakken is permitted to take an additional Rule 30(b)(6) deposition, limited to topics 11, 12, 19, and 20, as discussed. The deposition is limited to three hours and shall be completed on or before March 14, 2016. Hess Bakken is awarded costs against Gold Coast, including attorney's fees and expenses, incurred in pursuing this Motion to Compel. Hess Bakken shall submit an accounting for reasonable costs associated with the preparation and presentation of the motion to Gold Coast. The parties shall meet and confer on the matter. If Gold Coast objects to the accounting submitted by Hess Bakken, Hess Bakken is permitted to file the accounting of reasonable costs with the Court for review.

**ORDERED:** **Hess Bakken's First Motion to Compel [185] is DENIED, for reasons stated on record.**

Discussion and argument regarding payments on existing leases, Spring Creek and Zavanna merger documents, working interest ownership in the Catwalk Creek and Corral Creek areas, notes by experts, and title opinions.

Mr. Safi tenders documents to the Court.

**9:45 a.m.** **Court in recess.**
**10:03 a.m.** **Court in session.**

Discussion and argument regarding Mr. Wilson's subscription to NDRIN, and Gold Coasts participation in wells.

**ORDERED:** **Hess Bakken's Second Motion to Compel [213] is GRANTED IN PART AND DENIED IN PART, consistent with the discussions held at today's hearing.**

**ORDERED:** **All parties shall provide any supplementations to documents thirty days prior to May 19, 2016.**

Discussion regarding Court's previously ruling. Mr. Goldstein requests consistency in the Court's ruling with respect to attorney's fees.

Discussion regarding reports of Abington, Payne, and Mater and 79 additional leases.

**ORDERED:** **The parties are permitted to file additional case law, as discussed, limited to five pages, excluding the certificate of mailing, within 10 days.**

**ORDERED:** **Defendants' Motion to Strike the Second Supplemental Expert Report of Rick Chamberlain and Adrian Reed [223] is GRANTED, as stated on record.**

**ORDERED:** **Defendants' Motion to Strike the "Rebuttal" Expert Report of Rick Chamberlain and Adrian Reed [163] is TAKEN UNDER ADVISEMENT.**

**11:50 a.m.** **Court in recess.**

Hearing concluded.
Total in-court time   03:48

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.